IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Newnan

NOV 0 6 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Wanda Mechelle Hayes
(Print your full name)

    Plaintiff *pro se*,

v.

Community Action For Improvement
1380 Lafayette Parkway
LaGrange, Ga. 30241
(Print full name of each defendant; an employer is usually the defendant)

    Defendant(s).

CIVIL ACTION FILE NO.

3:23-CV-0209

(to be assigned by Clerk)

## ***PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM**

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

      ✓   Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

           **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

|        | Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute. |

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

| ✓ | Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute. |

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

_____   Other (describe) _____

_____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

   Name      Wanda Mechelle Hayes

   Address   108 Rockwell Dr.
             LaGrange, Ga. 30241

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

   Name      Margie Gantt WH Gantt (Service Center Manager)

   Address   1380 Lafayette Parkway
             LaGrange, Ga. 30241

   Name      Yvette Thomas (Director of Community Services)

   Address   1380 Lafayette Parkway
             LaGrange, Ga. 30241

   Name      Dalton Farr (Human Resource)

   Address   1380 Lafayette Parkway
             LaGrange, Ga. 30241

## Location and Time

5. If the alleged discriminatory conduct occurred at a location **different** from the address provided for defendant(s), state where that discrimination occurred:

   Same location

6. When did the alleged discrimination occur? (State date or time period)

From begin getting worst in Jan. 2023 but started around June/July 2022

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes    ___ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ✓ Yes    ___ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9. If you are suing for **age discrimination**, check one of the following:

   _____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    \_\_\_\_\_ Yes        \_\_✓\_\_ No        \_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

    If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

    _____
    _____
    _____
    _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    \_\_\_\_\_ Yes        \_\_\_\_\_ No        \_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

    If you checked "Yes," describe below what happened in that administrative process:

    _____
    _____
    _____
    _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me
    _____ failure to promote me
    _____ demotion
    _____ reduction in my wages
    _____ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    ✓ termination of my employment
    ✓ failure to accommodate my disability
    _____ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    _____ my race or color, which is _____
    ✓ my religion, which is Baptist ~~Protestant~~ (LOH)
    _____ my sex (gender), which is _____ male _____ female
    _____ my national origin, which is _____
    _____ my age (my date of birth is _____)
    _____ my disability or perceived disability, which is:
    Lower Back (Right thigh & Knee Sciatic Nerve
    _____ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    _____ other (please specify) _____

Page 6 of 9

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

In Jan. 2023 I started having Lower back pain, Sciatic issues on Right leg. It caused me Between Jan and Feb to miss some days of work and be late. I told my manager Around Jan. 18th I started having these issues. My work load around this time Drastically increased, manpower decrease and clientele increase. I also let me human Resource person know. This is started to increase where I had to return to be under doctor care and restrictions at work and home. I was approved because of my pains for FMLA (Intermitten). The accommodations that were listed from my doctor of Bending, standing, walking where not done/accommodated at work causing more pain. Along with the stress of the increase in having to work this way came the stress of the increase of work. 1 or 2 people when their work was done or days they were caught was told no they could not assist and answer the door or anything for Troup County Clients. I was given a change from one desk to another but continued with accommodation. (WH) ~~I also have been since Aug 2022 Reported issues Relating to my~~

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

Cont. from page 7 of 9

In the time I was on restriction I had to do a lot of repeative work and moving. My manager said a receptionist was coming and she did for a day or two and they moved her to another Department. I was Intake specialist / Receptionist - Answered the phone for Troup County and sometimes other Counties. I had to work with the pain, stress and suffering with only getting a chance to move from one desk to another. I was fired in May and I did my job. My doctor's My FMLA papers were filed with Human Resource and approved for 1 year. Human Resource gave my FMLA papers to me when it was approve and My Manager and Director of Community service

15. Plaintiff ____ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? ✓ Yes ____ No

    If you checked "Yes," please explain: My work restrictions were not accommodated while I was working in pain on FMLA

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial? ✓ Yes ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓ Defendant(s) be directed to Justice Department / U.S. Inspector General

✓ Money damages (list amounts) $50,000

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this 06 day of Nov., 2023

Wanda Hayes
(Signature of plaintiff *pro se*)

Wanda Hayes
(Printed name of plaintiff *pro se*)

108 Rockwell Dr
(street address)

LaGrange, Ga. 30241
(City, State, and zip code)

wandahayes696@yahoo.com
(email address)

706-594-6030
(telephone number)

Page 9 of 9

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/10/2023

**To:** Mrs. Wanda Hayes
108 Rockwell Dr.
Lagrange, GA 30240
Charge No: 410-2023-09330

EEOC Representative and email:     SHERESA JOHNSON
Investigator
sheresa.johnson@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 410-2023-09330.

On behalf of the Commission,

Digitally Signed By: Darrell E. Graham
08/10/2023
Darrell E. Graham
District Director