UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| WANDA MECHELLE HAYES,<br><br>      Plaintiff,<br><br>vs.<br><br>COMMUNITY ACTION FOR IMPROVEMENT, ET AL,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 3:23-cv-0209-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and a frivolity determination pursuant to 28 U.S.C. §1915(e)(2)(B), and the court having adopted said report and recommendation and having made such determination, it is

**Ordered and Adjudged** that the action be **DISMISSED** as frivolous. Dated at Newnan, Georgia, this 23rd day of April, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ D. Barfield
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 23, 2024
Kevin P. Weimer
Clerk of Court

By:  s/ D. Barfield
      Deputy Clerk